# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVIS WATSON and GEORGE TYLER,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CARMAX AUTO SUPERSTORES WEST COAST, INC;<br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC;<br>HYUNDAI MOTOR AMERICA,<br>    Defendants. | Case No. 2:16-cv-9006-SVW-PJW<br><br>~~(PROPOSED)~~ ORDER<br><br>JS-6 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this __19th__ day of October, 2017

_____/s/ Stephen V. Wilson_____

The Honorable Stephen V. Wilson

Order to Dismiss - 1